UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and BELDEN GRANADA, Revenue officer,<br><br>                        Petitioners,<br>    v.<br><br>GLEN CORPUZ, MEMBER CORPUZ HOLDINGS, LLC,<br><br>                        Respondent. | Case No.: 12-cv-00715-PSG<br><br>**ORDER TO COMPLY RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS**<br><br>**(Re: Docket No. 4)** |

Respondent Glen Corpuz shall comply with the Internal Revenue Service Summons served upon him. Mr. Corpuz shall comply no later than May 31, 2012. If Mr. Corpuz fails to comply by this date, and the court is informed as much, the court will issue an Order to Show Cause.

1

Case No.: 12-cv-00715-PSG
**ORDER TO COMPLY RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS**

**IT IS SO ORDERED.**

Dated: April 25, 2012

PAUL S. GREWAL
United States Magistrate Judge

2
Case No.: 12-cv-00715-PSG
**ORDER TO COMPLY RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS**